# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00263-CV

**Richard Chadwick, Appellant**

**v.**

**Austin Trust Company, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-12-001985, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue to be filed. The trial court clerk's office has reported that appellant Richard Chadwick has failed to pay or make arrangements to pay for the clerk's record in this appeal. This Court's clerk sent a letter dated June 3, 2014 to counsel for Chadwick requesting that he make arrangements to pay for the clerk's record and that he file a status report regarding this appeal with this Court. Chadwick was requested to file a response in this Court on or before June 13, 2014 or risk dismissal of his appeal.

June 13, 2014 has passed. The clerk's record has not been filed, and Chadwick has not filed any response in this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   June 19, 2014

2